# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

Jerry Beeman & Pharmacy Services, Inc., d/b/a Beeman's Pharmacy et al., et al.

        Plaintiffss,

v.

Caremark Inc. et al., et al.

        Defendants.

ED 02-cv-01327 VAP (KKx)
ED 04-cv-00407 VAP (KKx)

**Judgment**

FILED
CLERK, U.S. DISTRICT COURT
JAN 10, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendants' Motion for Terminating Sanctions Against Plaintiffs for Spoliation of Evidence (Doc. No. 415), IT IS ORDERED AND ADJUDGED that Plaintiffs' complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 1/10/18

                                      Virginia A. Phillips
                                    Chief United States District Judge